We are of the opinion that the evidence in this record meets that test. Essentially, we are concerned with an issue of credibility. The unusual circumstances under which the alleged loan was made to the complainant by the defendant more than warranted the triers of the fact to believe the complainant and disbelieve the defendant. Settle order on notice.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALBERT HERNANDEZ.— Motion for leave to reargue or for resettlement denied. Concur — Breitel, J. P., Valente, McNally, Steuer and Bastow, JJ.

■ SIDNEY MORROW v. EDWIN SMITH, Doing Business as SMITH'S PARKWAY TENNIS CLUB.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of CLEMENT PERRIN et al., v. STEMPINSKI REALTY CORP. et al. (Two Proceedings.) — Motion[s] for leave to reargue denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ 900 FIFTH AVENUE CORP. v. A. P. HIRSCH et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ DWIGHT BLAIR, an Infant, et al., v. NEW YORK UNIVERSITY COLLEGE OF DENTISTRY.— Motion by defendant Wallach to reargue so much of the order and decision of this court as reinstated the cross-complaint by defendant New York University College of Dentistry against him denied, with $10 costs. This disposition is without prejudice to defendant Wallach making an appropriate motion at Special Term for leave to serve a supplemental answer including the affirmative defense of *res judicata* (see Restatement, Judgment, § 106 and Comments; cf. *id.* §§ 96, 99). *Res judicata* is an affirmative defense which must be pleaded and proved (Civ. Prac. Act, §§ 242, 262; *Westminster Presbyterian Church* v. *Trustees of Presbytery of N. Y.*, 211 N. Y. 214, 227–228). Concur — Breitel, J. P., McNally, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. BORRIS M. KOMAR.— Motion for leave to reargue denied. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ I. BRUCE GORDON v. VINCENT CAVUOTO et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

■ MILTENBERG & SAMTON, INC., v. WINKLER CREDIT CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally, Stevens and Bergan, JJ.

■ LORENZO J. POWER et al. v. JACOB FALK.— Motion for leave to reargue denied, with $10 costs. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. AMERICO LLUVERAS.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. MONIE JONES. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. GERALD LASHWAY. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ (A) ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., v. GEORGE G. KIRSTEIN. (B) ASSOCIATION FOR THE PRESERVATION OF